NORTHWEST ENTERTAINMENT GROUP, INC., and Steve Craft, Individually, Appellants,

v.

CITY OF DALLAS, Texas and The Permit and License Appeal Board of the City of Dallas, Texas, Appellees.

No. 05-00-01939-CV.

Court of Appeals of Texas, Dallas.

June 30, 2003.

Charles Joseph Quaid, Quaid & Quaid, L.L.C., Dallas, for appellant.

Jason G. Schuette, Assistant City Attorney, Dallas, for appellee.

Before Chief Justice THOMAS and Justices RICHTER and SPECTOR.[1]

OPINION

Opinion By Chief Justice THOMAS.

The Court has before it the June 13, 2003 joint motion to dismiss this appeal, asserting the parties have entered a settlement agreement resolving the controversy. We **GRANT** the parties' motion. Accordingly, we **DISMISS** the appeal and, in accordance with the parties' request, assess all costs against the party incurring the same.

ALLEN–BURCH, INC., d/b/a The Fare and Duncan Burch, Appellants,

v.

CITY OF DALLAS, Texas and The Permit and License Board of the City of Dallas, Texas, Appellees.

No. 05-00-01949-CV.

Court of Appeals of Texas, Dallas.

June 30, 2003.

Charles Joseph Quaid, Quaid & Quaid, L.L.C., Dallas, for appellant.

Jason G. Schuette, Assistant City Attorney, Dallas, for appellee.

Before Chief Justice THOMAS and Justices RICHTER and SPECTOR.[1]

OPINION

Opinion By Chief Justice THOMAS.

The Court has before it the June 13, 2003 joint motion to dismiss this appeal, asserting the parties have entered a settlement agreement resolving the controversy. We **GRANT** the parties' motion. Accordingly, we **DISMISS** the appeal and, in accordance with the parties' request, assess all costs against the party incurring the same.

1. The Honorable Rose Spector, Retired, Supreme Court of Texas, sitting by assignment.

1. The Honorable Rose Spector, Retired, Supreme Court of Texas, sitting by assignment.